**ANDERSON & KARRENBERG**
JARED D. SCOTT (Utah State Bar No. 15066)
50 West Broadway, Suite 600
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile:  (801) 364-7697

**GUTRIDE SAFIER LLP**
SETH A. SAFIER (*Admitted Pro Hac Vice*)
HAYLEY REYNOLDS (*Admitted Pro Hac Vice*)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

MATT MCCRARY (*Admitted Pro Hac Vice*)
4450 Arapahoe Ave., Suite 100
Boulder, CO 80303

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALEX HINKLEY, MEGAN TAYLOR, SHIELA CRAWFORD, KERRI OWENS, ANAND SAJNANI, AND LAUREN BASSART, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BAKER MILLS, INC.; and KODIAK CAKES, LLC,<br><br>Defendants. | **NOTICE OF PLAINTIFFS' INTENT NOT TO FILE AMENDED COMPLAINT**<br><br>Civil No. 2:21-cv-221 BSJ<br><br>Judge Bruce S. Jenkins |

- Page 1 -

Plaintiffs ALEX HINKLEY, MEGAN TAYLOR, SHIELA CRAWFORD, KERRI OWENS, ANAND SAJNINI, and LAUREN BASSART hereby submit notice that they do not intend to file a second amended complaint.

Dated: May 31, 2022        **GUTRIDE SAFIER LLP**

   /s/Hayley Reynolds
   Hayley A. Reynolds, Esq. (Admitted PHV)
   100 Pine Street, Suite 1250
   San Francisco, California 94111

   Attorneys for Plaintiffs ALEX HINKLEY, MEGAN TAYLOR, SHIELA CRAWFORD, KERRI OWENS, ANAND SAJNANI, and LAUREN BASSART